UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

ORDER

Pending before the Court is the United States' Motion To Quash Subpoena (Docket No. 67), and the Defendant's Response (Docket No. 68). The Court will hold a hearing on the Motion To Quash on April 3, 2014, at 9:00 a.m.

The hearing, currently scheduled for April 3, 2014, to consider the Defendant's Motion To Suppress Evidence (Docket No. 53) is CONTINUED until April 23, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE