UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

ORDER

The hearing to consider the United States' Motion to Quash Subpoena (Docket No. 67), currently set for April 3, 2014, is CONTINUED until April 10, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE