UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

ORDER

Pending before the Court is the United States' Motion to Quash Subpoena (Docket No. 67). The Court held a hearing on the Motion on April 10, 2014. For the reasons stated on the record, the Motion is GRANTED in part, and DENIED in part.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE