UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

ORDER

Pending before the Court is a Motion to Continue Suppression Hearing (D.E. #53) (Docket No. 79). The Motion is GRANTED.

The suppression hearing currently scheduled for April 23, 2014, is RESCHEDULED for May 20, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE