UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

## ORDER

The hearing, currently set for June 18, 2014, at 9:00 a.m to consider Defendant Juan Collazo's Motion to Suppress Evidence (Docket No. 53) is RESCHEDULED for June 18, 2014, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE