UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

## ORDER

Pending before the Court is Defendant Juan Collazo's Motion To Suppress Evidence (Docket No. 53). The Court held an evidentiary hearing on the Motion on June 18 and 19, 2014. For the reasons stated on the record, the selective prosecution claim raised in the Motion is DENIED.

The parties shall file briefs on the remaining claims on or before July 24, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE