UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

ORDER

Pending before the Court is a Motion for Leave to Allow Manual Sealed Filing of a Flash Drive Containing 55 Images Taken from Juan Collazo's Cell Phone. (Docket No. 106). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE