UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00209 |
| | ) | JUDGE CAMPBELL |
| JUAN COLLAZO | ) | |

## ORDER

Pending before the Court is Defendant Juan Collazo's Motion for Release Pending Appeal (Docket No. 193). The Government is directed to file a response to the Motion by August 7, 2015.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE